Dorothy A. Bartholomew
WSBA No. 20882
DOROTHY BARTHOLOMEW, PLLC
5310 12TH St E, Ste C
Fife, WA 98424
(253) 922-2016
FAX: (253) 922-2053

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>TRACIE ROXANNE MACH,<br><br>                Debtor. | CHAPTER 7<br><br>BANKRUPTCY NO. 16-11561 |
| TRACIE ROXANNE MACH,<br><br>                Plaintiff,<br><br>    vs.<br><br>BECU RECOVERY DEPARTMENT,<br><br>                Defendant. | ADVERSARY NO. 16-01104<br><br><br><br>**DECLARATION OF MAILING** |

I, Samantha White, declare under penalty of perjury as follows:

1.      I AM OVER THE AGE OF TWENTY-ONE YEARS, A CITIZEN OF THE

United States, not a party herein, and am competent to testify to the facts set forth

in this Declaration.

/

/

/

/

/

/

/

Dorothy A. Bartholomew
WSBA No. 20882
DOROTHY BARTHOLOMEW, PLLC
5310 12TH St E, Ste C
Fife, WA 98424
(253) 922-2016
FAX: (253) 922-2053

2.      On or about April 20, 2016, true and correct copies of the Summons and

Complaint, were deposited in the United States mail by first class mail, postage

prepaid, to the parties listed below:

Gregory Oakland                     Mike Ryan, Registered Agent
CEO & President                     Boeing Employees' Credit Union
Boeing Employees' Credit Union      12770 Gateway Drive
PO Box 97050                        Tukwila, WA 98168
Seattle, WA 98124

Tracie Mach
28528 Vashon Hwy SW
Vashon Island, WA 98070

3.      On or about April 20, 2016, true and correct copies of the Summons and

Complaint, were deposited in the United States mail by certified, return receipt mail to

the parties listed below:

Gregory Oakland                     Mike Ryan, Registered Agent
CEO & President                     Boeing Employees' Credit Union
Boeing Employees' Credit Union      12770 Gateway Drive
PO Box 97050                        Tukwila, WA 98168
Seattle, WA 98124

The below participate in electronic case filing system and were notified electronically

when the document was filed:

U.S. Trustee                        Chapter 13 Trustee K. Michael Fitzgerald

DECLARATION OF MAILING

Dorothy A. Bartholomew
WSBA No. 20882
DOROTHY BARTHOLOMEW, PLLC
5310 12TH St E, Ste C
Fife, WA 98424
(253) 922-2016
FAX: (253) 922-2053

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF

WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.


Dated: April 20, 2016, at Fife, Washington.



*/s/ Samantha White*
Samantha White
Legal Assistant to
Dorothy A. Bartholomew

DECLARATION OF MAILING